NO. 07-02-0096CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

FEBRUARY 25, 2002

_____

In re CARLA SUE PINKERTON,

Relator

_____

Before BOYD, C.J., QUINN, and REAVIS, JJ.

Carla Sue Pinkerton, relator, petitioned this court for a writ of mandamus.  The dispute arises from a temporary order executed by the Hon. Carter Schildknecht, 106th Judicial District, in a proceeding commenced and pending in Dawson County, Texas.  We dismiss the petition for lack of jurisdiction.

The Texas Constitution provides that the courts of appeal have appellate jurisdiction co-extensive with the limits of their respective districts.  TEX. CONST. art. V, § 6 (Vernon Supp. 2002).  Furthermore, §22.201 of the Government Code specifies the counties within each of the fourteen appellate court districts in Texas.  TEX. GOV'T CODE ANN. § 22.201 (Vernon 1988).   And, in describing those comprising  the Seventh Court of Appeals District, Dawson County is not mentioned.  Rather, that county lies within the Eleventh Court of Appeals District.  *Id.* §22.201(l).  Given this and absence of any order from the Texas Supreme Court transferring the matter to us, we have no jurisdiction to entertain the

mandamus proceeding.  *See Hogan v. G., C. & S.F. Ry. Co.,* 411 S.W.2d 815, 816 (Tex. Civ. App.--Beaumont 1966, writ ref'd).

Accordingly, the petition for mandamus is dismissed.


Brian Quinn
Justice

Do not publish.